**Nimrod WEDDING, Jr., Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Jan. 29, 1965.

John Y. Brown, Lexington, J. Thaxter Sims, Royce Pulliam, Wayne Fitzgerald, John Swinford, Cynthiana, for appellant.

John B. Breckinridge, Atty. Gen., Ray Corns, Asst. Atty. Gen., G. Larry Tucker, Commonwealth Atty., Cynthiana, for appellee.

WILLIAMS, Judge.

Wedding v. Commonwealth of Kentucky, Ky., 394 S.W.2d 105, directs the Judge of the Harrison Circuit Court to vacate the judgment appealed from herein. Consequently, this appeal has become moot, and is hereby dismissed.